# In the United States Court of Federal Claims

No. 99-267 T

(Filed: January 10, 2006)

USIBELLI COAL MINE,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On or before February 1, 2006, the parties shall file a joint status report explaining why the draft stipulation of dismissal (first mentioned in the September 6, 2005, joint status report) has not yet been finalized. Subsequent joint status reports shall be filed every 30-days thereafter, unless a stipulation of dismissal has been filed with the court. This order shall supercede all existing status report orders.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge