IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 99-267 T
(Judge Allerga)

USIBELLI COAL MINE, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

STIPULATED JUDGMENT

This document will be filed electronically.

The defendant, the United States, stipulates and agrees that judgment be entered against it in favor of the plaintiff, Usibelli Coal Mine, Inc., for $1,229,331, as set forth on the attached Exhibit A.

The parties further stipulate as follows:

a) The judgment is to be paid without interest;

b) the plaintiff disagrees with this Court's decision to deny interest on the judgment;

c) the defendant disagrees with the Court's denial of the defendant's protective motion to dismiss from this suit all quarters for which the plaintiff filed no timely administrative claims for refund;

d) the parties reserve the right to appeal this stipulated judgment; and

e) the parties will bear their own costs, including any possible attorneys' fees or other expenses of this litigation.

Respectfully submitted,

1/27/06
Date

STEVEN H. BECKER
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 626-4100

Attorney for Plaintiff

2/1/06
Date

ROBERT STODDART
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-6445
Fax: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section

2/1/06
Date

Authorized Representative of the Attorney General

Attorneys for the Defendant

Exhibit A

STIPULATED JUDGMENT AMOUNTS IN
USIBELLI COAL, MINE INC. V. UNITED STATES, FED CL. NO. 99-267T

| | |
|---|---|
| 1Q/ 93 | $41,948 |
| 2Q /93 | 75,948 |
| 3Q /93 | 102,135 |
| 4Q/93 | 67,505 |
| 1Q/94 | 97,799 |
| 2Q/94 | 95,964 |
| 3Q/94 | 39,483 |
| 4Q/94 | 76,604 |
| 1Q/95 | 131,054 |
| 2Q/95 | 63,967 |
| 3Q/95 | 103,317 |
| 4Q95 | 140,145 |
| 1Q96 | 103,995 |
| 2Q96 | 89,467 |
| **Total** | **$1,229,331** |