# In the United States Court of Federal Claims

No. 99-267 T

(Filed: February 3, 2006)

USIBELLI COAL MINE,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On February 1, 2006, a joint stipulation for judgment was filed wherein the parties agreed that judgment be entered in favor of the plaintiff for $1,229,331, no interest. The Clerk is hereby ordered to enter judgment in favor of the plaintiff, Usibelli Coal Mine, Inc., for $1,229,331. The parties shall each bear their own costs.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge