# In the United States Court of Federal Claims

**No. 99-267 T**

**USIBELLI COAL MINE,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed February 1, 2006, and the court's February 3, 2006 Order,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $1,229,331.00, no interest. The parties shall each bear their own costs.

Brian Bishop
Clerk of Court

**February 3, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.