United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

February 10, 2006

Steven Harlan Becker, Esq.
Baker & McKenzie, LLP
1114 Avenue of the Americas
New York, NY 10036-7703

In re: Usibelli Coal Mine v. United States, No. 99-267 T

Dear Mr. Becker:

I forward herewith a certified transcript of the judgment, dated February 3, 2006, in the above-entitled case.

I have forwarded to the Tax Division of the Department of Justice, on this date, a certified copy of the judgment and it is expected that payment of this judgment will be made by the defendant pursuant to Section 2411 of Title 28, United States Code, and 26 CFR 301.6402-2(f)(2).

Very truly yours,

Lisa L. DeFade
Chief Deputy Clerk of Operations

Enclosure