#064642

ORIGINAL

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| USIBELLI COAL MINE, INC.<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Case No. 99-267 T<br><br>**NOTICE OF APPEAL** |

FILED
MAR 27 2006
U.S. COURT OF FEDERAL CLAIMS

Notice is hereby given that Usibelli Coal Mine, Inc., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order entered on February 3, 2006, specifically, that portion of the Order providing that there shall be no interest on the sum recovered by Plaintiff.

Respectfully submitted,

[signature]

Steven H. Becker
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, NY 10036-7703
Tel. No. (212) 626-4100

Attorneys for Plaintiff-Appellant

Dated: March 23, 2006