ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
APR 7 2006
U.S. COURT OF FEDERAL CLAIMS

No. 99-267 T
(Judge Allegra)

USIBELLI COAL MINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

NOTICE OF CROSS-APPEAL

The defendant, the United States, gives notice that it cross-appeals the judgment entered in this case to the U.S. Court of Appeals for the Federal Circuit.

Respectfully submitted,

ROBERT STODDART
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
E-MAIL: Robert.C.Stoddart@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section

Of Counsel

April 6, 2006